# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No. 26-2199

Dharambir Singh

Appellee

v.

Todd Blanche, Attorney General of the United States, et al.

Appellants

Nick Whitmore, Hardin County Jail Administrator and Dave McDaniel, Hardin County Sheriff

David J. Venturella, Acting Director of Immigration and Customs Enforcement

Appellant

---

Appeal from U.S. District Court for the Northern District of Iowa - Cedar Rapids
(1:26-cv-00053-LTS)

---

## ORDER

The Respondents-Appellants' Motion to Hold Appeal in Abeyance is granted. Within fourteen days of the resolution of Morozov v. Field Office Director, 26-2113, the Respondents-Appellants shall notify the Clerk of Court whether this appeal is resolved or the abeyance should be lifted and the scheduling order reinstated.

July 21, 2026

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
/s/ Susan E. Bindler